**Exhibit "B"**

Page 1
Adam Leitman Bailey, P.C. Prevails for the Development of a Ground Zero Mosque - Adam Leitman Bailey, P.C.
https://web.archive.org/web/20240515070643/https://alblawfirm.com/case-studies/ground-zero-mosque/

# ADAM LEITMAN BAILEY, P.C.
### NEW YORK REAL ESTATE ATTORNEYS

HOME     ABOUT US     TEAM     PRACTICE AREAS     WORK     TESTIMONIALS     AWARDS     TIMELINE     MEDIA     CAREERS     CONTACT

## Our Work

< Back to Case Studies

CASE STUDIES

PUBLISHED ARTICLES

PUBLISHED DECISIONS

Q&A

FORMS

## Adam Leitman Bailey, P.C. Prevails for the Development of a Ground Zero Mosque



https://www.youtube.com/watch?v=8lODIkVIoR8

https://www.youtube.com/watch?v=jFEst8ClHKI

Adam Leitman Bailey, P.C. was victorious in representing an Islamic community center who wanted to build a Mosque near Ground Zero.

The motion papers included, among others, defenses based on the fundamental rights guaranteed to all Americans by the United States Constitution including that, under the First and Fourteenth Amendments of the United States Constitution, people are entitled to the free exercise of their religion. Adam Leitman Bailey, PC argued that intrinsic in that right, is the right to construct a house of worship and that our clients' decision to build an Islamic Community Center in Lower Manhattan was consistent with the free exercise of their religion,

Captured by FireShot Pro: 07 July 2024, 01:25:07
https://getfireshot.com

and thus protected by the First Amendment.

## Related Content:



**Adam Leitman Bailey, P.C. Victorious: Efforts to Block Free Exercise of Religion Thwarted**



**You Can Fight City Hall: Battling for Public Projects**



**Adam Leitman Bailey, P.C. Wins Right for Ground Zero Mosque to Build Community Center**



**Fireman Drops Lawsuit Against Ground Zero 'Mosque'**



**Ex-Firefighter Withdraws Appeal Bringing an End to the Ground Zero Mosque Saga**



**Park51 Developer Still Does Not Have Funds to Build Community Center**



**Ground Zero Mosque Wins in Court**



**NY Judge Gives Ground Zero Mosquestrosity the Nod: Last Legal Challenge Removed, Protest Rally on 911**



**Firefighter Loses Bid to Halt Building of Islamic Center**



**Judge Rules Ex-Firefighter Cannot Sue Over Mosque**



**Judge Dismisses Ex-Firefighter's Case Against Ground Zero-Area**



**Ground Zero Mosque Redux**

Mosque



Fight on Islamic Center Flares Anew as Ex-Firefighter Takes His Case to Court



Ground Zero Mosque Opponents Ask Judge to Overturn Landmarks Commission Ruling



Ground Zero Mosque Lawsuit Ruling Condo Could Come Next Month, Judge Says



Proposed Park51 Mosque Site Does Not Merit Landmark Status For Being Hit By Sept. 11 Debris: Lawyer



9/11 Firefighter Helps Forge Final Battle to Stop New York City 'Ground Zero Mosque'



Firefighter's Efforts to Block Park51 Thwarted



Islamic Center Developers May Continue, Judge Says



Eviction Case Against El-Gamal Tossed Out: Landlord Vows to Bring Cast to Civil Court



The Making of Adam Leitman Bailey



In Pete Reid's Bio, "UnReidable" He Writes A Chapter On Adam Leitman Bailey, P.C.

Page 4
Adam Leitman Bailey, P.C. Prevails for the Development of a Ground Zero Mosque - Adam Leitman Bailey, P.C.
https://web.archive.org/web/20240515070643/https://alblawfirm.com/case-studies/ground-zero-mosque/



Adam Leitman Bailey is One of New York's Best Real Estate Attorneys



Lawyer Not to Be Judged by His Cover



Real Estate Bisnow writes about the importance of three Adam Leitman Bailey, P.C. cases in 2011



New York Observer: Power Broker: "He has built a remarkable law firm. I don't think everyone understands that what he has done is a huge accomplishment"



**Adam Leitman Bailey**

Housing Discrimination    Land Use and Land Use Litigation    Construction Litigation

---

**ADAM LEITMAN BAILEY, P.C.**
NEW YORK REAL ESTATE ATTORNEYS



BUILDING FOUNDATIONS & DREAMS

2023 ADAM LEITMAN BAILEY, P.C.

info@alblawfirm.com | Legal notice | Attorney advertising. Prior results do not guarantee a similar outcome. | 212.825.0365

Copyright © 2023 Adam Leitman Bailey, P.C.

RETURN TO HOMEPAGE

CONTACT US

Captured by FireShot Pro: 07 July 2024, 01:25:07
https://getfireshot.com